DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHARLOTTE TAYLOR,**
Appellant,

v.

**CITY OF LAKE WORTH,**
Appellee.

No. 4D16-3630

[October 12, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Meenu Sasser, Judge; L.T. Case No. 50-2014-CA-009427-XXXX-MB.

Charlotte Taylor, Lake Worth, pro se.

Danna P. Clement and Benjamin L. Bedard of Roberts, Reynolds, Bedard & Tuzzio, PLLC, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***